AO \_\_\_     Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __ARKANSAS__

UNITED STATES OF AMERICA

ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

**V.**

SEAN GADSON

Case Number: 4:00CR00157-01-WRW

USM Number: 22159-009

**Date of Original Judgment:** 3/2/2001
**(Or Date of Last Amended Judgment)**

Madison P. Aydelott, III
Defendant's Attorney

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.
  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment of __108__ months is reduced to _87 months (TIME SERVED as of 03/03/2008)_ .

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to
Departure/Variance/Rule 35): __32__        Amended Offense Level: __30__
    Criminal History Category: __III__         Criminal History Category: __III__
Previous Guideline Range: __108__ to _135_ months    Amended Guideline Range: _87_ to _108_ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Except as provided above, all provisions of the judgment dated _03/02/2001_ shall remain in effect.
**IT IS SO ORDERED.**

__2/14/2008__          __/s/Wm. R. Wilson, Jr.__
Order Date           Signature of Judge

__03/03/2008__          Wm. R. Wilson, U.S. District Judge
Effective Date (if delayed)     Name and Title of Judge